Argued and submitted May 23, judgment in CA A76983 affirmed; vacated in part, affirmed in part, and remanded in CA A76984 July 19, Culley's petition for review denied October 3, 1995 (322 Or 168)

STATE OF OREGON,
*Respondent,*

*v.*

RONALD DUANE CULLEY,
*Appellant.*

(91-646; CA A76983 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

RONALD DUANE CULLEY,
*Appellant.*

(92-08-326CR; CA A76984)
(Cases Consolidated)

899 P2d 732

David K. Allen, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Janie M. Burcart, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from multiple convictions for sexual crimes and from his convictions for solicitation to commit murder and conspiracy to commit murder. The cases were consolidated for sentencing and defendant also appeals his sentences. We find no error in defendant's assignments regarding his convictions for sexual crimes and write only to address his assignment that the trial court erred in convicting him on both the solicitation and conspiracy charges.

The state concedes that defendant was improperly convicted of both conspiracy and solicitation to commit murder based on the same conduct. ORS 161.485(2). We accept the concession. The state says that the judgment should reflect only a conviction for solicitation to commit murder. Defendant does not contend otherwise.

Judgment in CA A76983 affirmed; in CA A76984, conviction for conspiracy to commit murder vacated; conviction for solicitation to commit murder affirmed and remanded for resentencing.